UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> v. <br><br> DIRK M. MAYBERRY, INC., *et al.*, <br><br> Defendants. | NO. C21-0755RSL <br><br> ORDER |

On August 9, 20210, defendant Dirk M. Mayberry, Inc., filed a notice of appearance and general denial in the above-captioned matter. Dkt. # 7. "Corporations and other unincorporated associations must appear in court through an attorney." *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). The August 9th submission was signed by Dirk M. Mayberry, the president of defendant Dirk M. Mayberry, Inc. There is no indication that Mr. Mayberry is an attorney or that Dirk M. Mayberry, Inc., is a sole proprietorship.

Defendant Dirk M. Mayberry, Inc., shall appear in this action through counsel or show that it is a sole proprietorship within forty-five days of the date of this Order. Failure to do so may result in the entry of a default against that defendant.

ORDER - 1

Dated this 9th day of August, 2021.

                              *Robert S. Lasnik*
                              Robert S. Lasnik
                              United States District Judge

ORDER - 2