**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> DIRK M. MAYBERRY INC., et al., <br><br> Defendants. | Cause No. 2:21-cv-0755-TLF <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this __25__ day of ___April_____, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

26(f) Joint Stip for Dismissal     Page | - 1 -